IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS ROOS                                                                                          PETITIONER
ADC #163931

v.                                            4:20-cv-01197-LPR-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                RESPONDENT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Mr. Roos's § 2254 Amended Petition for Writ of Habeas Corpus (Doc. No. 15) is DISMISSED with prejudice.

A certificate of appealability will not issue.

IT IS SO ORDERED this 21st day of April, 2021.


                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE