IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS ROOS                                                                                         PETITIONER
ADC #163931

v.                                           4:20-cv-01197-LPR-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 21st day of April, 2021.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE